

FILED
CLERK, U.S. DISTRICT COURT

JAN 2 8

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 1998 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>            v.<br><br>FRANK FERNANDEZ, aka<br>   "SAPO,"<br>JUAN GARCIA, aka<br>   "TOPO,"<br>D. MARIANO MARTINEZ, aka<br>   "CHUY,"<br>JIMMY SANCHEZ, aka<br>   "SMOKEY,"<br>MAX TORVISCO, aka<br>   "MONO,"<br>MARCEL AREVALO, aka<br>   "PSYCHO,"<br>DANIEL BRAVO, aka<br>   "SPORTY,"<br>ROBERT CERVANTES, aka<br>   "GYPSY,"<br>ROY GAVALDON, aka<br>   "SPIDER,"<br>DAVID GONZALEZ-CONTRERAS, aka<br>   DAVID CONTRERAS-GONZALEZ,<br>ROBERT MERCADO, JR., aka<br>   "GATO,"<br>ERNESTO MURILLO, aka<br>   "SOLO,"<br>JESUS RAMIREZ, aka<br>   JUAN CARLOS ALVAREZ, aka<br>   "DREAMER,"<br>ROLLAND RAMIREZ, aka<br>   "CAPONE,"<br>JESUS ROCHIN, aka<br>   "GIZMO,"<br><br>            Defendants. | NO. CR 99- 83<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 1962(c): Racketeer Influenced and Corrupt Organizations; 18 U.S.C. § 1962(d): Racketeer Influenced and Corrupt Organizations Conspiracy; 21 U.S.C. § 846: Conspiracy to Distribute and to Aid and Abet the Distribution of Controlled Substances; 18 U.S.C. § 1959(a): Violent Crimes in Aid of Racketeering; 18 U.S.C. § 924(c): Using a Firearm During and in Relation to a Crime of Violence; 21 U.S.C. § 841(a)(1): Distribution of Controlled Substances] |

JPD; DL





The Grand Jury charges:

INTRODUCTORY ALLEGATIONS

THE RACKETEERING ENTERPRISE

1.   At all relevant times, defendants FRANK FERNANDEZ, aka "SAPO"; JUAN GARCIA, aka "TOPO"; D. MARIANO MARTINEZ, aka "CHUY"; JIMMY SANCHEZ, aka "SMOKEY"; MAX TORVISCO, aka "MONO"; MARCEL AREVALO, aka "PSYCHO"; DANIEL BRAVO, aka "SPORTY"; ROBERT CERVANTES, aka "GYPSY"; ROY GAVALDON, aka "SPIDER"; DAVID GONZALEZ-CONTRERAS, aka DAVID CONTRERAS-GONZALEZ; ROBERT MERCADO, JR., aka "GATO"; ERNESTO MURILLO, aka "SOLO"; JESUS RAMIREZ, aka JUAN CARLOS ALVAREZ, aka "DREAMER"; ROLLAND RAMIREZ, aka "CAPONE"; JESUS ROCHIN, aka "GIZMO," and others, were members and associates of an organization engaged in, among other things, murder, attempted murder, conspiracy to commit murder, robbery, extortion, and narcotics trafficking for monetary gain.  At all relevant times, this organization, which is known as "la EME," or the "Mexican Mafia," operated in the Central District of California and elsewhere.  The Mexican Mafia and the individuals who associate with it for criminal purposes constitute an "enterprise," as defined by Title 18, United States Code, Section 1961(4), which is engaged in, and whose activities affect, interstate and foreign commerce.

GENERAL BACKGROUND

2.   The Mexican Mafia is a powerful gang which controls drug distribution and other illegal activities within portions of the California penal system and which has increasingly worked to expand its influence over illegal activities outside of prison.

3.    When Mexican Mafia members or associates serve their sentences and rejoin their communities, they remain loyal to the Mexican Mafia and work to further the goals of the Mexican Mafia outside the prison environment.

4.    A person can be admitted to the Mexican Mafia either while he is in prison (on the "inside") or in the community (on the "outside").  It takes the vote of three members to admit a new member.  A member of the Mexican Mafia is referred to as a "brother," "carnal" or "pilli."

5.    The Mexican Mafia enforces its rules and promotes discipline among its members and associates by murdering, attempting to murder, conspiring to murder, assaulting and threatening those members and associates who violate the rules or pose a threat to the enterprise.  The murder or assault of a member may be carried out only if it is authorized by a vote of other members.  A member may independently authorize the murder or assault of a non-member.

6.    The Mexican Mafia has attempted to organize Hispanic street gangs throughout Southern California.  Members of the Mexican Mafia have contacted members of Hispanic street gangs in the Los Angeles area for the purpose of establishing a larger network for the Mexican Mafia's illegal activities.  The main purpose of those meetings has been to organize Hispanic street gangs into a larger, Mexican Mafia-controlled, criminal organization.  One goal of the Mexican Mafia is to control narcotics trafficking in Southern California.

7.    If a gang does not accede to Mexican Mafia demands, the Mexican Mafia will assault and order the assault of the gang's

3

members both in custody and on the streets. This is done, in part, through placing a gang or individual on the Mexican Mafia's hit list, which is disseminated in various ways. Gangs or individuals on the hit list are frequently said to have a "green light," "luz," or "verde," although other expressions are also used at times.

8. In addition to intimidation through direct assaults, the Mexican Mafia is able to assert control and influence over gang members outside the penal system because: (1) the gang members do not want their incarcerated members to be assaulted, and (2) the gang members want protection from the Mexican Mafia if they ever become incarcerated.

9. The Mexican Mafia requires street gangs to pay a "tribute" or "tax" (hereinafter referred to as "tax") on a regular basis. If a gang pays the tax, the Mexican Mafia permits gang members to exert influence over, and to traffick in, narcotics in their neighborhoods and territories. If a gang fails to pay the tax (or otherwise fails to comply with the dictates of the Mexican Mafia), the Mexican Mafia will place a "green light" on the members of the gang which authorizes Mexican Mafia members and associates, as well as rival gangs, to assault and/or murder members of the gang, both in the community and within the California penal system, until the gang pays the tax.

10. The Mexican Mafia also exercises control over non-gang narcotics dealers by taxing them. If they pay taxes, the narcotics dealers are permitted to sell narcotics in their designated areas, and are protected from rivals selling narcotics in the same area. As with street gangs, if a narcotics dealer

fails to pay the tax, the Mexican Mafia will authorize a "hit" (murder and/or assault) of the narcotics dealer.

<u>PURPOSES OF THE ENTERPRISE</u>

11.   The members of the Mexican Mafia and their associates constitute an enterprise, referred to below as the "Mexican Mafia," the "Mexican Mafia criminal enterprise," or the "enterprise."  The word "member" below refers to a full member of the Mexican Mafia.  Individuals who are affiliated with the Mexican Mafia and who assist the members are known as associates of the Mexican Mafia.  Both members of the Mexican Mafia and their associates are participants in the Mexican Mafia criminal enterprise.

12.   The purposes of the Mexican Mafia criminal enterprise include, but are not limited to, the following:

a.   Enriching the members of the Mexican Mafia through, among other things, the collection of taxes from narcotics traffickers and street gangs.

b.   Controlling illegal activities such as narcotics trafficking and extortion inside California's prisons and jails.

c.   Controlling the activities of street gangs.

d.   Preserving, protecting and expanding the power of the Mexican Mafia through the use of intimidation, violence, threats of violence, assaults and murders.

e.   Promoting and enhancing the Mexican Mafia and the activities of its members and associates.

13. At times, including at times relevant to this Indictment, disputes arise between members of the Mexican Mafia relating to the conduct of the affairs of the enterprise.  These

disputes, at times, involve disagreements relating to membership issues or control over certain territories or gangs.  Mexican Mafia members resolve their disputes either by direct negotiation between members, intervention by other more senior and/or well-respected members, or by violence.

THE MEANS AND METHODS OF THE ENTERPRISE

14.  Among the means and methods by which the defendants and their co-racketeers conduct and participate in the conduct of the affairs of the Mexican Mafia criminal enterprise are the following:

a.    Members of the Mexican Mafia use the Mexican Mafia criminal enterprise to commit, attempt and threaten to commit, acts of violence, including murder and assault, to protect and expand the enterprise's criminal operations.

b.    Members of the Mexican Mafia use the Mexican Mafia criminal enterprise to promote a climate of fear through violence and threats of violence.

c.    Members of the Mexican Mafia promulgate certain rules to be followed by all participants in the Mexican Mafia criminal enterprise including the rule that a participant in the enterprise not act as an informant to law enforcement authorities regarding the activities of the enterprise.

d.    To enforce the rules of the Mexican Mafia criminal enterprise and to promote discipline, the members of the Mexican Mafia use the enterprise to murder, attempt to murder, assault and threaten those participants in the enterprise and others who violate the rules or pose a threat to the enterprise.

6

e.    Members of the Mexican Mafia vote on the initiation of new members into the Mexican Mafia.  The new members are then advised of the rules of the Mexican Mafia.

f.    To generate income, participants in the Mexican Mafia criminal enterprise are entitled to conduct and in fact conduct illegal activities under the protection of the enterprise.

g.    To generate income, participants in the Mexican Mafia criminal enterprise engage in the trafficking of controlled substances and collect taxes from narcotics traffickers.

h.    To generate income, participants in the Mexican Mafia criminal enterprise collect taxes from street gangs.

i.    To perpetuate the Mexican Mafia criminal enterprise, participants in the enterprise attempt to conceal from law enforcement the existence of the Mexican Mafia, the identity of its participants, the ways in which it conducts its affairs, and the locations at which it discusses and conducts its affairs.

COUNT ONE

[18 U.S.C. § 1962(c)]

15.    Paragraphs One through Fourteen of the Introductory Allegations of this Indictment are realleged and incorporated by reference as though fully set forth herein.

THE RACKETEERING OFFENSE

16.    Beginning on or about a date unknown to the Grand Jury, an continuing until January 1999, in the Central District of California and elsewhere, defendants FRANK FERNANDEZ, aka "SAPO"; JUAN GARCIA, aka "TOPO"; D. MARIANO MARTINEZ, aka "CHUY"; JIMMY SANCHEZ, aka "SMOKEY"; MAX TORVISCO, aka "MONO"; MARCEL AREVALO, aka "PSYCHO"; DANIEL BRAVO, aka "SPORTY"; ROBERT CERVANTES, aka "GYPSY"; DAVID GONZALEZ-CONTRERAS, aka DAVID CONTRERAS-GONZALEZ; ROBERT MERCADO, JR., aka "GATO"; ERNESTO MURILLO, aka "SOLO"; JESUS ROCHIN, aka "GIZMO," and others, being persons employed by and associated with the Mexican Mafia enterprise described above, unlawfully, willfully, and knowingly did conduct and participate, directly and indirectly, in the conduct of the affairs of that enterprise, which enterprise was engaged in, and the activities of which affected, interstate and foreign commerce, through a pattern of racketeering activity, as that term is defined in Title 18, United States Code, Sections 1961(1) and 1961(5), and as set forth below, all in violation of Title 18, United States Code, Section 1962(c).

## THE PATTERN OF RACKETEERING ACTIVITY

17.  The pattern of racketeering activity, as defined in Title 18, United States Code, Sections 1961(1) and 1961(5), consisted of the following acts:

Racketeering Act One

18.  The defendants named below committed the following acts involving murder, either one of which constitutes the commission of Racketeering Act One:

a.  Conspiracy to Murder Richard Serrano

19.  Beginning on a date unknown to the Grand Jury and continuing until November 19, 1998, in the Central District of California and elsewhere, defendants D. MARIANO MARTINEZ, aka "CHUY"; MAX TORVISCO, aka "MONO"; MARCEL AREVALO, aka "PSYCHO"; and ROBERT MERCADO, JR., aka "GATO," and others, conspired to murder Richard Serrano, and a co-conspirator committed an overt act in furtherance of the conspiracy, in violation of California Penal Code Sections 182 and 187.

b.  Murder of Richard Serrano

20.  On or about November 19, 1998, in the Central District of California, defendants D. MARIANO MARTINEZ, aka "CHUY"; MAX TORVISCO, aka "MONO"; MARCEL AREVALO, aka "PSYCHO"; and ROBERT MERCADO, JR., aka "GATO," and others, unlawfully with malice aforethought did aid, abet, advise, encourage and otherwise wilfully participate in the murder of Richard Serrano, in violation of California Penal Code Sections 31 and 187.

Racketeering Act Two

Murder of Jose Martin Gutierrez

21.  On or about November 19, 1998, in the Central District of California, defendants D. MARIANO MARTINEZ, aka "CHUY"; MAX TORVISCO, aka "MONO"; MARCEL AREVALO, aka "PSYCHO"; and ROBERT MERCADO, JR., aka "GATO," and others, unlawfully with malice aforethought did aid, abet, advise, encourage and otherwise wilfully participate in the murder of Jose Martin Gutierrez, in violation of California Penal Code Sections 31 and 187.

Racketeering Act Three

Murder of Enrique Delgadillo

22.  On or about November 19, 1998, in the Central District of California, defendants D. MARIANO MARTINEZ, aka "CHUY"; MAX TORVISCO, aka "MONO"; MARCEL AREVALO, aka "PSYCHO"; and ROBERT MERCADO, JR., aka "GATO," and others, unlawfully with malice aforethought did aid, abet, advise, encourage and otherwise wilfully participate in the murder of Enrique Delgadillo, in violation of California Penal Code Sections 31 and 187.

Racketeering Act Four

Attempted Murder of Mark Knutson

23.  On or about November 19, 1998, in the Central District of California, defendants D. MARIANO MARTINEZ, aka "CHUY"; MAX TORVISCO, aka "MONO"; and ROBERT MERCADO, JR., aka "GATO," and others, did aid, abet, advise, encourage and otherwise wilfully participate in the attempted murder of Mark Knutson, in violation of California Penal Code Sections 21a, 31 and 187.

10

Racketeering Act Five

Attempted Murder of Ron Moreno

24.  On or about November 19, 1998, in the Central District of California, defendants D. MARIANO MARTINEZ, aka "CHUY"; MAX TORVISCO, aka "MONO"; and ROBERT MERCADO, JR., aka "GATO," and others, did aid, abet, advise, encourage and otherwise wilfully participate in the attempted murder of Ron Moreno, in violation of California Penal Code Sections 21a, 31 and 187.

Racketeering Act Six

Conspiracy to Murder Steven Dominguez, aka "Smokey"

25.  Beginning on a date unknown to the Grand Jury and continuing at least until November 1998, in the Central District of California and elsewhere, defendants D. MARIANO MARTINEZ, aka "CHUY"; MAX TORVISCO, aka "MONO"; ROBERT CERVANTES, aka "GYPSY," and others, conspired to murder Steven Dominguez, aka "Smokey," and a co-conspirator committed an overt act in furtherance of the conspiracy, in violation of California Penal Code Sections 182 and 187.

Racketeering Act Seven

26.  The defendants named below committed the following acts involving murder, either one of which constitutes the commission of Racketeering Act Seven:

a.  Conspiracy to Murder Ivan Morales, aka "Stranger 2-1-3"

27.  Beginning on a date unknown to the Grand Jury and continuing at least until December 1998, in the Central District

11

of California and elsewhere, defendants MAX TORVISCO, aka "MONO"; ERNESTO MURILLO, aka "SOLO"; JESUS ROCHIN, aka "GIZMO," and others, conspired to murder Ivan Morales, aka "Stranger 2-1-3," and a co-conspirator committed an overt act in furtherance of the conspiracy, in violation of California Penal Code Sections 182 and 187.

        b.    <u>Attempted Murder of Ivan Morales, aka "Stranger 2-1-3"</u>

28.   On or about November 18, 1998, in the Central District of California, defendants MAX TORVISCO, aka "MONO"; ERNESTO MURILLO, aka "SOLO"; JESUS ROCHIN, aka "GIZMO," and others, did aid, abet, advise, encourage and otherwise wilfully participate in the attempted murder of Ivan Morales, aka "Stranger 2-1-3," in violation of California Penal Code Sections 21a, 31 and 187.

<u>Racketeering Act Eight</u>
<u>Conspiracy to Murder Jesse Detevis, aka "Shady"</u>

29.   Beginning on a date unknown to the Grand Jury and continuing until January 1999, in the Central District of California and elsewhere, defendants FRANK FERNANDEZ, aka "SAPO"; JUAN GARCIA, aka "TOPO"; D. MARIANO MARTINEZ, aka "CHUY"; MAX TORVISCO, aka "MONO"; MARCEL AREVALO, aka "PSYCHO"; DANIEL BRAVO, aka "SPORTY"; ROBERT MERCADO, JR., aka "GATO"; JESUS ROCHIN, aka "GIZMO," and others, conspired to murder Jesse Detevis, aka "Shady," and a co-conspirator committed an overt act in furtherance of the conspiracy, in violation of California Penal Code Sections 182 and 187.

Racketeering Act Nine

Conspiracy to Murder John Turscak, aka "Stranger"

30.   Beginning on a date unknown to the Grand Jury and continuing until January 1999, in the Central District of California and elsewhere, defendants FRANK FERNANDEZ, aka "SAPO"; D. MARIANO MARTINEZ, aka "CHUY"; JIMMY SANCHEZ, aka "SMOKEY"; MAX TORVISCO, aka "MONO," and others, conspired to murder John Turscak, aka "Stranger," and a co-conspirator committed an overt act in furtherance of the conspiracy, in violation of California Penal Code Sections 182 and 187.

Racketeering Act Ten

Conspiracy to Murder Lorenzo Jeronimo Lopez, aka "Sharkey"

31.   Beginning on a date unknown to the Grand Jury and continuing at least until December 1998, in the Central District of California and elsewhere, defendants D. MARIANO MARTINEZ, aka "CHUY"; MAX TORVISCO, aka "MONO"; ROBERT MERCADO, JR., aka "GATO"; JESUS ROCHIN, aka "GIZMO," and others, conspired to murder Lorenzo Jeronimo Lopez, aka "Sharkey," and a co-conspirator committed an overt act in furtherance of the conspiracy, in violation of California Penal Code Sections 182 and 187.

Racketeering Act Eleven

Conspiracy to Murder John Doe, aka "Shorty"

32.   Beginning on a date unknown to the Grand Jury and continuing at least until November 1998, in the Central District of California and elsewhere, defendant MAX TORVISCO, aka "MONO"; MARCEL AREVALO, aka "PSYCHO," and others, conspired to murder John

Doe, aka "Shorty," and a co-conspirator committed an overt act in furtherance of the conspiracy, in violation of California Penal Code Sections 182 and 187.

Racketeering Act Twelve

Conspiracy to Murder John Doe, aka "Sparky"

33.  Beginning on a date unknown to the Grand Jury and continuing at least until November 1998, in the Central District of California and elsewhere, defendants FRANK FERNANDEZ, aka "SAPO"; D. MARIANO MARTINEZ, aka "CHUY," and others, conspired to murder John Doe, aka "Sparky," and a co-conspirator committed an overt act in furtherance of the conspiracy, in violation of California Penal Code Sections 182 and 187.

Racketeering Act Thirteen

Conspiracy to Murder Donald Ortiz, aka "Little Man"

34.  Beginning on a date unknown to the Grand Jury and continuing at least until December 1998, in the Central District of California and elsewhere, defendants D. MARIANO MARTINEZ, aka "CHUY"; JIMMY SANCHEZ, aka "SMOKEY," and others, conspired to murder Donald Ortiz, aka "Little Man," and a co-conspirator committed an overt act in furtherance of the conspiracy, in violation of California Penal Code Sections 182 and 187.

Racketeering Act Fourteen

Conspiracy to Murder Alex Kizu, aka "Angel"

35.  Beginning on a date unknown to the Grand Jury and continuing until January 1999, in the Central District of

14

California and elsewhere, defendants D. MARIANO MARTINEZ, aka "CHUY"; MAX TORVISCO, aka "MONO," and others, conspired to murder Alex Kizu, aka "Angel," and a co-conspirator committed an overt act in furtherance of the conspiracy, in violation of California Penal Code Sections 182 and 187.

Racketeering Act Fifteen

Conspiracy to Murder James Lopez, aka "Bouncer"

36.  Beginning on a date unknown to the Grand Jury and continuing until January 1999, in the Central District of California and elsewhere, defendants FRANK FERNANDEZ, aka "SAPO"; D. MARIANO MARTINEZ, aka "CHUY"; MAX TORVISCO, aka "MONO," and others, conspired to murder James Lopez, aka "Bouncer," and a co-conspirator committed an overt act in furtherance of the conspiracy, in violation of California Penal Code Sections 182 and 187.

Racketeering Act Sixteen

Conspiracy to Murder Ricardo Estrada, aka "Joker"

37.  Beginning on a date unknown to the Grand Jury, and continuing at least until November 1998, in the Central District of California and elsewhere, defendants D. MARIANO MARTINEZ, aka "CHUY"; MAX TORVISCO, aka "MONO"; ERNESTO MURILLO, aka "SOLO," and others, conspired to murder Ricardo Estrada, aka "Joker," and a co-conspirator committed an overt act in furtherance of the conspiracy, in violation of California Penal Code, Sections 182 and 187

Racketeering Act Seventeen

38.    The defendants named below committed the following acts involving robbery, either one of which constitutes the commission of Racketeering Act Seventeen:

a.    Conspiracy to Rob Alex Munoz, aka "Termite"

39.    Beginning on a date unknown to the Grand Jury and continuing at least until October 23, 1998, in the Central District of California and elsewhere, defendants D. MARIANO MARTINEZ, aka "CHUY"; MAX TORVISCO, aka "MONO"; MARCEL AREVALO, aka "PSYCHO," and others, conspired to rob Alex Munoz, aka "Termite," and a co-conspirator committed an overt act in furtherance of the conspiracy, in violation of California Penal Code Sections 182 and 211.

b.    Robbery of Alex Munoz, aka "Termite"

40.    On or about October 23, 1998, in the Central District of California, defendants D. MARIANO MARTINEZ, aka "CHUY"; MAX TORVISCO, aka "MONO"; MARCEL AREVALO, aka "PSYCHO," and others, did aid, abet, advise, encourage and otherwise willfully participate in the robbery of Alex Munoz, aka "Termite," in violation of California Penal Code Sections 31 and 211.

Racketeering Act Eighteen
Conspiracy to Extort Chris Fallintine

41.    Beginning on a date unknown to the Grand Jury and continuing until August 1998, in the Central District of California and elsewhere, defendants FRANK FERNANDEZ, aka "SAPO" and DAVID GONZALEZ-CONTRERAS, aka DAVID CONTRERAS-GONZALEZ, and others, conspired to extort Chris Fallintine, and a co-conspirator

16

committed an overt act in furtherance of the conspiracy, in violation of California Penal Code Sections 182 and 518.

<u>Racketeering Act Nineteen</u>

42. The defendants named below committed the following acts involving the distribution of narcotics, either one of which constitutes the commission of Racketeering Act Nineteen:

a. <u>Conspiracy to Distribute and to Aid and Abet the Distribution of Narcotics</u>

43. Beginning on a date unknown to the Grand Jury and continuing until January 1999, within the Central District of California and elsewhere, defendants FRANK FERNANDEZ, aka "SAPO"; JUAN GARCIA, aka "TOPO"; D. MARIANO MARTINEZ, aka "CHUY"; JIMMY SANCHEZ, aka "SMOKEY"; MAX TORVISCO, aka "MONO"; MARCEL AREVALO, aka "PSYCHO"; DANIEL BRAVO, aka "SPORTY"; ROBERT CERVANTES, aka "GYPSY"; DAVID GONZALEZ-CONTRERAS, aka DAVID CONTRERAS-GONZALEZ; ROBERT MERCADO, JR., aka "GATO"; ERNESTO MURILLO, aka "SOLO"; JESUS ROCHIN, aka "GIZMO," and others, knowingly and willfully conspired and agreed with each other to commit an offense against the United States, namely, distributing, and aiding and abetting the distribution of, controlled substances, including cocaine, heroin and methamphetamine, in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2, all in violation of Title 21, United States Code, Section 846.

b. <u>Conspiracy to Distribute Narcotics in Prison</u>

44. Beginning on a date unknown to the Grand Jury and continuing until January 1999, within the Central District of California and elsewhere, defendants FRANK FERNANDEZ, aka "SAPO";

17

D. MARIANO MARTINEZ, aka "CHUY"; JIMMY SANCHEZ, aka "SMOKEY"; MAX
TORVISCO, aka "MONO"; MARCEL AREVALO, aka "PSYCHO"; ROBERT
CERVANTES, aka "GYPSY"; ERNESTO MURILLO, aka "SOLO"; JESUS ROCHIN,
aka "GIZMO," and others, knowingly and willfully conspired and
agreed with each other to commit an offense against the United
States, namely, distributing, and aiding and abetting the
distribution of, controlled substances, including cocaine, heroin
and methamphetamine, within the Los Angeles County Jail and other
California penal institutions, in violation of 21 U.S.C. §
841(a)(1) and 18 U.S.C. § 2, all in violation of Title 21, United
States Code, Section 846.

All in violation of Title 18, United States Code, Section
1962(c).

COUNT TWO

[18 U.S.C. § 1962(d)]

45.    Paragraphs One through Fourteen of the Introductory Allegations of this Indictment are realleged and incorporated by reference as though fully set forth herein.

46.    Beginning on a date unknown to the Grand Jury, and continuing until January 1999, in the Central District of California and elsewhere, defendants FRANK FERNANDEZ, aka "SAPO"; JUAN GARCIA, aka "TOPO"; D. MARIANO MARTINEZ, aka "CHUY"; JIMMY SANCHEZ, aka "SMOKEY"; MAX TORVISCO, aka "MONO"; MARCEL AREVALO, aka "PSYCHO," DANIEL BRAVO, aka "SPORTY"; ROBERT CERVANTES, aka "GYPSY"; ROY GAVALDON, aka "SPIDER"; DAVID GONZALEZ-CONTRERAS, aka DAVID CONTRERAS-GONZALEZ; ROBERT MERCADO, JR., aka "GATO"; ERNESTO MURILLO, aka "SOLO"; JESUS RAMIREZ, aka JUAN CARLOS ALVAREZ, aka "DREAMER"; ROLLAND RAMIREZ, aka "CAPONE"; JESUS ROCHIN, aka "GIZMO," and others, being persons employed by and associated with the enterprise described in paragraphs One through Fourteen of Count One of this Indictment, as defined in 18 U.S.C. § 1961(4), which enterprise was engaged in, and the activities of which affected interstate and foreign commerce, unlawfully, willfully, and knowingly combined, conspired, confederated, and agreed together and with each other to violate 18 U.S.C. § 1962(c), that is to conduct and participate, directly and indirectly, in the conduct of the affairs of the Mexican Mafia through a pattern of racketeering activity, as that term is defined in Title 18, United States Code, Sections 1961(1) and 1961(5), consisting of multiple acts involving murder, in violation of California Penal Code, Sections 21a, 31, 182, and 187; robbery, in violation of

California Penal Code, Sections 182 and 211; extortion, in violation of California Penal Code Sections 182 and 518; and the distribution of controlled substances, including cocaine, heroin and methamphetamine, in violation of 21 U.S.C. §§ 841(a) and 846. It was a further part of the conspiracy that the defendants agreed that a conspirator would commit at least two acts of racketeering in the conduct of the affairs of the enterprise.

OVERT ACTS

47.  In furtherance of the conspiracy and to accomplish the objects of the conspiracy, the defendants and their co-conspirators committed the following overt acts, among others, in Los Angeles County, within the Central District of California, unless otherwise specified, on or about the dates set forth below:

(1)  On June 7, 1998, defendant FRANK FERNANDEZ, aka "SAPO" and others discussed a green light authorized by an unindicted co-conspirator on the Eighth Street gang.

(2)  On July 5, 1998, defendant MAX TORVISCO, aka "MONO" removed the Eighth Street gang from the Mexican Mafia hit list because the gang paid the Mexican Mafia taxes to a member of the Mexican Mafia.

(3)  On July 10, 1998, defendant ROY GAVALDON, aka "SPIDER," stated that he had collected an arsenal of guns.

(4)  On August 20, 1998, defendant FRANK FERNANDEZ, aka "SAPO" authorized a co-conspirator to assault two individuals who had refused to pay Mexican Mafia taxes.

(5)  On or about August 22, 1998, defendant DAVID GONZALEZ-CONTRERAS, aka DAVID CONTRERAS-GONZALEZ collected $300 in Mexican Mafia taxes from the Blythe Street gang.

(6)  On August 24, 1998, defendant FRANK FERNANDEZ, aka "SAPO" authorized a co-conspirator to threaten members of the Langdon Street gang to force the gang to pay Mexican Mafia taxes.

(7)  On August 28, 1998, defendant FRANK FERNANDEZ, aka "SAPO" informed defendant DAVID GONZALEZ-CONTRERAS, aka DAVID CONTRERAS-GONZALEZ that the Mexican Mafia would "take care of" an unidentified drug dealer in exchange for the payment of Mexican Mafia taxes.

(8)  On August 29, 1998, defendant FRANK FERNANDEZ, aka "SAPO" informed a Blythe Street gang member that the green light placed on the gang would be removed because they paid taxes to the Mexican Mafia.

(9)  On September 1, 1998, defendant ROBERT CERVANTES, aka "GYPSY" informed defendant FRANK FERNANDEZ, aka "SAPO" that he had been instructed by defendant JESUS ROCHIN, aka "GIZMO" to participate in an assault upon an unidentified individual.

(10) On September 1, 1998, defendant FRANK FERNANDEZ, aka "SAPO" informed a co-conspirator that he was placing a green light on members of the Pacoima Project Boyz gang because they refused to pay Mexican Mafia taxes and that he had told an unindicted co-conspirator to "bring them to their knees."

(11) On September 1, 1998, defendant FRANK FERNANDEZ, aka "SAPO," through an inmate at the Los Angeles County Jail, communicated the green light on the Pacoima Project Boyz to Mexican Mafia associates in the Jail.

(12) On September 1, 1998, defendant ROBERT CERVANTES, aka "GYPSY" told FRANK FERNANDEZ, aka "SAPO" that he had

participated in six or seven Mexican Mafia ordered assaults in prison and that he always did it "Ninja style."

(13) On September 2, 1998, a now deceased co-conspirator informed defendant FRANK FERNANDEZ, aka "SAPO" that he had informed members of the Trece, Criminals, Southside, and San Fers gangs that there was a green light on the Pacoima Project Boyz gang.

(14) On September 16, 1998, defendant D. MARIANO MARTINEZ, aka "CHUY" offered to assist an unindicted co-conspirator in collecting Mexican Mafia taxes from certain San Fernando Valley street gangs.

(15) On September 19, 1998, defendants FRANK FERNANDEZ, aka "SAPO" and D. MARIANO MARTINEZ, aka "CHUY" discussed a message relating to Mexican Mafia business which was sent by a Mexican Mafia member in the Pelican Bay State Prison.

(16) On September 19, 1998, defendant FRANK FERNANDEZ, aka "SAPO," stated that he and another member of the Mexican Mafia supported making defendant MAX TORVISCO, aka "MONO" a member of the Mexican Mafia.

(17) On September 20, 1998, defendant ROBERT CERVANTES, aka "GYPSY" informed defendant FRANK FERNANDEZ, aka "SAPO" that he would send a Mexican Mafia hit list to Mexican Mafia associates in the Peter Pitchess Honor Rancho at Wayside, California ("Wayside prison").

(18) On September 20, 1998, defendant FRANK FERNANDEZ, aka "SAPO" instructed defendant ROBERT CERVANTES, aka "GYPSY" to attack members of the Pacoima Project Boyz gang until "they cry for mercy."

22

(19) On September 24, 1998, defendant ROBERT CERVANTES, aka "GYPSY" told defendant FRANK FERNANDEZ, aka "SAPO" that if he wanted a member of the Pacoima Project Boyz gang "downed," he would "down him."

(20) On September 24, 1998, defendant ROLLAND RAMIREZ, aka "CAPONE" pledged his loyalty to defendant FRANK FERNANDEZ, aka "SAPO."

(21) On September 30, 1998, defendant FRANK FERNANDEZ, aka "SAPO" instructed defendant DAVID GONZALEZ-CONTRERAS, aka DAVID CONTRERAS-GONZALEZ to tell members of the Langdon Street gang to "hit" members of the Pacoima Project Boyz as often as they can.

(22) On October 1, 1998, defendant FRANK FERNANDEZ, aka "SAPO" informed a co-conspirator that he would seek defendant D. MARIANO MARTINEZ, aka "CHUY"'s assistance in disciplining a gang because defendant MARTINEZ "has some hardcore soldados [soldiers]" who will "smoke up the place" and who will "even shoot the placas [police] to get out of there."

(23) On or about October 10, 1998, defendant DAVID GONZALEZ-CONTRERAS, aka DAVID CONTRERAS-GONZALEZ instructed Blythe Street gang members to attack members of the Pacoima Project Boyz.

(24) On October 10, 1998, defendants FRANK FERNANDEZ, aka "SAPO" and D. MARIANO MARTINEZ, aka "CHUY" agreed to schedule a meeting of San Fernando Valley street gangs to communicate directly to the gangs the green light on the Pacoima Project Boyz gang.

(25) On October 13, 1998, defendants D. MARIANO MARTINEZ, aka "CHUY" and MAX TORVISCO, aka "MONO" discussed a

message relating to Mexican Mafia business which was sent by Mexican Mafia members in the Pelican Bay State Prison.

(26) On October 13, 1998, defendant D. MARIANO MARTINEZ, aka "CHUY" agreed to provide an unindicted co-conspirator with firearms which could be used in an attack against the Pacoima Project Boyz gang.

(27) On October 14, 1998, defendant JESUS ROCHIN, aka "GIZMO" told defendant D. MARIANO MARTINEZ, aka "CHUY" that a member of the Mexican Mafia had placed a green light on the Eighth Street gang.

(28) On October 14, 1998, defendant FRANK FERNANDEZ, aka "SAPO" instructed an unindicted co-conspirator to collect Mexican Mafia taxes from the Canoga Park gang.

(29) On October 15, 1998, defendant JESUS ROCHIN, aka "GIZMO" told defendant D. MARIANO MARTINEZ, aka "CHUY" that defendant JESUS RAMIREZ, aka JUAN CARLOS ALVAREZ, aka "DREAMER" from East LA Trece Whittier was in Los Angeles County Jail and, when defendant MARTINEZ said "do it," defendant ROCHIN replied, "I'm gonna tell 'em get that boy."

(30) On October 18, 1998, defendants FRANK FERNANDEZ, aka "SAPO," D. MARIANO MARTINEZ, aka "CHUY," and MAX TORVISCO, aka "MONO" met with representatives of several San Fernando Valley street gangs to discuss the payment of Mexican Mafia taxes, and the enforcement of the green light on the Pacoima Project Boyz gang.

(31) On October 19, 1998, defendants JESUS ROCHIN, aka "GIZMO" and D. MARIANO MARTINEZ, aka "CHUY" discussed the Arizona clique of the Maravilla gang and defendant MARTINEZ stated that

24

the members of the clique would come around if they "start getting hit upstate."

(32) On October 20, 1998, defendant D. MARIANO MARTINEZ, aka "CHUY" informed defendant JESUS ROCHIN, aka "GIZMO" that Lorenzo Jeronimo Lopez, aka "Sharkey" was being released later that day from the Los Angeles County Jail.

(33) On October 20, 1998, defendant D. MARIANO MARTINEZ, aka "CHUY," in an attempt to murder Lorenzo Jeronimo Lopez, aka "Sharkey," instructed defendant MAX TORVISCO, aka "MONO" to conduct surveillance of the Los Angeles County Jail until 3:00 a.m. the next morning.

(34) On October 20, 1998, defendant D. MARIANO MARTINEZ, aka "CHUY," in an attempt to murder Lorenzo Jeronimo Lopez, aka "Sharkey," conducted surveillance of the Los Angeles County Jail.

(35) On October 21, 1998, defendant D. MARIANO MARTINEZ, aka "CHUY" informed defendant ROBERT MERCADO JR., aka "GATO" that Lorenzo Jeronimo Lopez, aka "Sharkey" had been released from the Los Angeles County Jail, and instructed him to secure a firearm in his vehicle in case they located "Sharkey."

(36) On October 23, 1998, a co-conspirator informed defendant D. MARIANO MARTINEZ, aka "CHUY" that John Doe, aka "Sparky" pistol whipped and robbed some drug dealers who had been paying Mexican Mafia taxes and defendant MARTINEZ said to "get him."

(37) On October 23, 1998, a co-conspirator informed defendant FRANK FERNANDEZ, aka "SAPO" that John Doe, aka "Sparky" was claiming to be a Mexican Mafia member and assaulting people, that defendant D. MARIANO MARTINEZ, aka "CHUY" had authorized his

assault, and that the co-conspirator was going to "look for him" that evening.

(38) On October 23, 1998, an unindicted co-conspirator informed defendant D. MARIANO MARTINEZ, aka "CHUY" that Alex Munoz, aka "Termite" had been improperly collecting Mexican Mafia taxes and defendant MARTINEZ stated "I'm gonna send some boys down there."

(39) On October 23, 1998, defendant ROY GAVALDON, aka "SPIDER" agreed to rob Alex Munoz, aka "Termite," and to give a portion of the robbery proceeds to Mexican Mafia members.

(40) On or about October 23, 1998, defendant MARCEL AREVALO, aka "PSYCHO" and unindicted co-conspirators, at the direction of defendant MAX TORVISCO, aka "MONO," assaulted and robbed Alex Munoz, aka "Termite."

(41) On October 24, 1998, defendant D. MARIANO MARTINEZ, aka "CHUY," in an attempt to murder Jesse Detevis, aka "Shady," telephoned Detevis and requested that Detevis meet with him in the Varrio Nuevo Estrada Projects.

(42) On October 24, 1998, defendants D. MARIANO MARTINEZ, aka "CHUY," ROBERT MERCADO, JR., aka "GATO," and MAX TORVISCO, aka "MONO" discussed plans to murder Jesse Detevis, aka "Shady."

(43) On October 24, 1998, an unindicted co-conspirator informed defendant D. MARIANO MARTINEZ, aka "CHUY" that he would obtain firearms which could be used to murder Jesse Detevis, aka "Shady."

(44) On October 26, 1998, defendant MAX TORVISCO, aka "MONO" informed defendant D. MARIANO MARTINEZ, aka "CHUY" that

defendant MARCEL AREVALO, aka "PSYCHO" and others had searched Alex Munoz, aka "Termite," and "beat him unconscious," and defendant MARTINEZ stated that he might have defendant ROY GAVALDON, aka "SPIDER" go over in a few days with a crew for a "rerun."

(45) On October 26, 1998, defendant D. MARIANO MARTINEZ, aka "CHUY" instructed defendant MAX TORVISCO, aka "MONO" to collect $5,000 from members of the Little Valley street gang.

(46) On October 27, 1998, defendants D. MARIANO MARTINEZ, aka "CHUY" and ERNESTO MURILLO, aka "SOLO" discussed assaulting Elvis Ponce DeLeon, aka "Little Man."

(47) On October 27, 1998, defendant D. MARIANO MARTINEZ, aka "CHUY" told defendant ERNESTO MURILLO, aka "SOLO" to have Jesse Detevis, aka "Shady" attacked if he came into the prison.

(48) On October 28, 1998, defendant D. MARIANO MARTINEZ, aka "CHUY" told defendant MAX TORVISCO, aka "MONO" that he had chased Jesse Detevis, aka "Shady" but that Detevis had gotten away from him.

(49) On October 28, 1998, defendant ROLLAND RAMIREZ, aka "CAPONE" informed defendant FRANK FERNANDEZ, aka "SAPO" that he had assumed responsibility for the Mexican Mafia's criminal activities in a certain section of the Los Angeles County Jail because defendant ROBERT CERVANTES, aka "GYPSY" had been moved out of the Jail.

(50) On October 28, 1998, defendant D. MARIANO MARTINEZ, aka "CHUY" told defendant FRANK FERNANDEZ, aka "SAPO" that they had a large number of people waiting to murder Jesse Detevis, aka "Shady."

(51) On October 28, 1998, defendant D. MARIANO MARTINEZ, aka "CHUY" authorized defendant ERNESTO MURILLO, aka "SOLO" to murder Richard Castillo, aka "Bad Boy."

(52) On October 28, 1998, defendant ERNESTO MURILLO, aka "SOLO" and others attempted to murder Richard Castillo, aka "Bad Boy."

(53) On or about October 29, 1998, defendant JESUS ROCHIN, aka "GIZMO" instructed an unindicted co-conspirator to coordinate the Mexican Mafia's criminal activities within a portion of the Los Angeles County Jail's gang module.

(54) On October 29, 1998, defendant JESUS ROCHIN, aka "GIZMO" informed defendant D. MARIANO MARTINEZ, aka "CHUY" that he would send the Mexican Mafia hit list to defendant MAX TORVISCO, aka "MONO."

(55) On October 30, 1998, defendant D. MARIANO MARTINEZ, aka "CHUY" informed an unindicted co-conspirator that there was a green light on the Pacoima Project Boyz gang.

(56) On October 31, 1998, defendants D. MARIANO MARTINEZ, aka "CHUY" and ROY GAVALDON, aka "SPIDER" discussed problems defendant GAVALDON was experiencing in collecting the Mexican Mafia taxes from the Pico Nuevo gang.

(57) On October 31, 1998, defendant D. MARIANO MARTINEZ, aka "CHUY" informed defendant ROY GAVALDON, aka "SPIDER" that if defendant GAVALDON denied the Pico Nuevo gang the ability to conduct their drug trafficking activities they would begin to cooperate with Mexican Mafia demands.

(58) On November 1, 1998, defendant D. MARIANO MARTINEZ, aka "CHUY" told defendant FRANK FERNANDEZ, aka "SAPO" that

28

defendant JIMMY SANCHEZ, aka "SMOKEY" and another member of the Mexican Mafia backed them "one hundred percent."

(59) On November 1, 1998, defendant D. MARIANO MARTINEZ, aka "CHUY" informed defendant ROLLAND RAMIREZ, aka "CAPONE" that defendant JESUS ROCHIN, aka "GIZMO" was responsible for coordinating the Mexican Mafia's criminal activities in the Los Angeles County Jail.

(60) On November 1, 1998, defendant D. MARIANO MARTINEZ, aka "CHUY" asked an unindicted co-conspirator to get an exact address for Jesse Detevis, aka "Shady" and stated "we'll deal with Shady ourselves" and that "this is important to us."

(61) On November 2, 1998, defendants D. MARIANO MARTINEZ, aka "CHUY" and JIMMY SANCHEZ, aka "SMOKEY" discussed plans to murder John Turscak, aka "Stranger."

(62) On November 2, 1998, defendants D. MARIANO MARTINEZ, aka "CHUY" and JIMMY SANCHEZ, aka "SMOKEY" discussed plans to murder Donald Ortiz, aka "Little Man."

(63) On November 2, 1998, defendant D. MARIANO MARTINEZ, aka "CHUY" informed defendant JESUS ROCHIN, aka "GIZMO" that there were green lights on Steven Dominguez, aka "Smokey" and the Opal gang.

(64) On November 3, 1998, defendants D. MARIANO MARTINEZ, aka "CHUY" and ROY GAVALDON, aka "SPIDER" discussed the status of Mexican Mafia tax collections.

(65) On November 3, 1998, defendant D. MARIANO MARTINEZ, aka "CHUY" informed defendant JESUS ROCHIN, aka "GIZMO" that he would be assisting defendant ROY GAVALDON, aka "SPIDER" in collecting Mexican Mafia taxes from Southeast Los Angeles gangs.

29

(66) On November 3, 1998, defendant D. MARIANO MARTINEZ, aka "CHUY" told defendant JESUS ROCHIN, aka "GIZMO" that defendant MARTINEZ and defendant MAX TORVISCO, aka "MONO" were splitting control over certain street gangs on the East side of Los Angeles.

(67) On November 3, 1998, defendant D. MARIANO MARTINEZ, aka "CHUY" explained to James Lopez, aka "Bouncer" from the San Fers gang that drug dealers pay the Mexican Mafia taxes to avoid being assaulted, and that the money obtained from the collection of the taxes would be distributed to many Mexican Mafia members.

(68) On or about November 4, 1998, defendant ROBERT MERCADO, JR., aka "GATO" collected Mexican Mafia taxes from the Indiana Street gang.

(69) On November 4, 1998, defendant ROLLAND RAMIREZ, aka "CAPONE" informed defendant FRANK FERNANDEZ, aka "SAPO" that he would not allow anyone to interfere with his activities because he was representing defendants FERNANDEZ and D. MARIANO MARTINEZ, aka "CHUY."

(70) On November 5, 1998, defendant D. MARIANO MARTINEZ, aka "CHUY" told defendant MAX TORVISCO, aka "MONO" that Alex Munoz, aka "Termite" was in custody in the gang module and defendant TORVISCO said "you don't gotta say more."

(71) On November 6, 1998, defendant D. MARIANO MARTINEZ, aka "CHUY" instructed defendant ROY GAVALDON, aka "SPIDER" to rob money and drugs from Alex Munoz, aka "Termite"'s girlfriend.

(72) On November 6, 1998, defendant MAX TORVISCO, aka "MONO" instructed defendant MARCEL AREVALO, aka "PSYCHO" to inform an individual to pass a message to another individual in Corcoran State Prison that John Doe, aka "Shorty" was to be murdered.

(73) On November 8, 1998, defendant MAX TORVISCO, aka "MONO" authorized defendant ERNESTO MURILLO, aka "SOLO" to assault Ricardo Estrada, aka "Joker."

(74) On November 8, 1998, defendant D. MARIANO MARTINEZ, aka "CHUY" authorized defendant JESUS ROCHIN, aka "GIZMO" to assault Alex Munoz, aka "Termite."

(75) On November 8, 1998, defendants MAX TORVISCO, aka "MONO" and JESUS RAMIREZ, aka JUAN CARLOS ALVAREZ, aka "DREAMER" discussed the status of the Mexican Mafia hit list.

(76) On November 8, 1998, defendant ERNESTO MURILLO, aka "SOLO" told defendant D. MARIANO MARTINEZ, aka "CHUY" that they had assaulted Richard Castillo, aka "Bad Boy."

(77) On November 9, 1998, defendant FRANK FERNANDEZ, aka "SAPO" told defendant JESUS ROCHIN, aka "GIZMO" to instruct defendant ROLLAND RAMIREZ, aka "CAPONE" on how to coordinate Mexican Mafia activities in a section of the Los Angeles County Jail.

(78) On November 9, 1998, defendant D. MARIANO MARTINEZ, aka "CHUY" told an incarcerated individual that defendant JESUS ROCHIN, aka "GIZMO" was running the gang module of the Los Angeles County Jail for them.

(79) On November 9, 1998, defendant D. MARIANO MARTINEZ, aka "CHUY" authorized defendant ERNESTO MURILLO, aka "SOLO" to assault Ricardo Estrada, aka "Joker."

(80) On November 9, 1998, defendant MAX TORVISCO, aka "MONO" authorized defendant ERNESTO MURILLO, aka "SOLO" to assault Ricardo Estrada, aka "Joker," and told him to "tell the homies to handle him, get him in the cell, get him in the dorm."

31

(81) On November 9, 1998, defendant ERNESTO MURILLO and others assaulted Ricardo Estrada, aka "Joker."

(82) On November 10, 1998, defendant FRANK FERNANDEZ, aka "SAPO" informed an unindicted co-conspirator that he wanted to send drugs to defendant ROBERT CERVANTES, aka "GYPSY" and an unindicted co-conspirator in prison.

(83) On November 11, 1998, an unindicted co-conspirator in the Los Angeles County Jail informed defendant MAX TORVISCO, aka "MONO" that a member of the Pacoima Project Boyz gang was assaulted in the Los Angeles County Jail.

(84) On November 12, 1998, defendant MAX TORVISCO, aka "MONO" instructed defendant JESUS RAMIREZ, aka JUAN CARLOS ALVAREZ, aka "DREAMER" to have Ricardo Estrada, aka "Joker" assaulted.

(85) On November 14, 1998, defendant JESUS RAMIREZ, aka JUAN CARLOS ALVAREZ, aka "DREAMER" informed defendant MAX TORVISCO, aka "MONO" that he had assaulted Ricardo Estrada, aka "Joker."

(86) On November 15, 1998, a deceased co-conspirator informed defendant FRANK FERNANDEZ, aka "SAPO" that he had collected $400 in Mexican Mafia taxes, and expected to collect an additional $150 in taxes from the Bryan Street gang.

(87) On November 15, 1998, defendant D. MARIANO MARTINEZ, aka "CHUY" informed defendant MAX TORVISCO, aka "MONO" that they will "close [a drug dealer] down" if the drug dealer does not agree to pay more taxes to the Mexican Mafia.

(88) On November 15, 1998, defendant ERNESTO MURILLO, aka "SOLO" informed defendant MAX TORVISCO, aka "MONO" that they had assaulted Ricardo Estrada, aka "Joker."

(89) On November 15, 1998, defendants MAX TORVISCO, aka "MONO" and JESUS ROCHIN, aka "GIZMO" discussed the individuals and street gangs on the Mexican Mafia's hit list, including Alex Munoz, aka "Termite," and Ivan Morales, aka "Stranger 2-1-3."

(90) On November 16, 1998, defendant MAX TORVISCO, aka "MONO" told defendant ERNESTO MURILLO, aka "SOLO" that Ricardo Estrada, aka "Joker" should be assaulted again and defendant MURILLO stated that he would tell defendant JESUS RAMIREZ, aka JUAN CARLOS ALVAREZ, aka "DREAMER."

(91) On November 16, 1998, defendants MAX TORVISCO, aka "MONO" and D. MARIANO MARTINEZ, aka "CHUY" discussed assaults of Ricardo Estrada, aka "Joker" and Elvis Ponce DeLeon, aka "Little Man."

(92) On November 16, 1998, defendant MAX TORVISCO, aka "MONO" told defendant JESUS RAMIREZ, aka JUAN CARLOS ALVAREZ, aka "DREAMER" that they should continue to assault Ivan Morales, aka "Stranger 2-1-3" even though he had already been assaulted.

(93) On November 16, 1998, defendants MAX TORVISCO, aka "MONO" and JESUS RAMIREZ, aka JUAN CARLOS ALVAREZ, aka "DREAMER" discussed the status of the Mexican Mafia hit list.

(94) On November 16, 1998, defendant MAX TORVISCO, aka "MONO" told defendant JESUS RAMIREZ, aka JUAN CARLOS ALVAREZ, aka "DREAMER" that they should add Elvis Ponce DeLeon, aka "Little Man" from Burlington to the Mexican Mafia hit list.

33

(95)   On November 16, 1998, defendant MAX TORVISCO, aka "MONO" told an unindicted co-conspirator that Elvis Ponce DeLeon, aka "Little Man" from Burlington should be assaulted.

(96)   On November 17, 1998, defendant D. MARIANO MARTINEZ, aka "CHUY" told defendant FRANK FERNANDEZ, aka "SAPO" that he had told members of the Pacoima Project Boyz gang that if he learned that they were responsible for murdering an individual who collected taxes for the Mexican Mafia and for threatening defendant FERNANDEZ he would take 100 or 200 guys and shoot up everything in sight in the Projects and that he would not tolerate them threatening a Mexican Mafia member.

(97)   On November 17, 1998, defendant MAX TORVISCO, aka "MONO" told defendant ERNEST MURILLO, aka "SOLO" that Ivan Morales, aka "Stranger 2-1-3" had been assaulted and that they were going to assault Ricardo Estrada, aka "Joker" again.

(98)   On November 17, 1998, defendant MAX TORVISCO, aka "MONO" stated that they would handle John Turscak, aka "Stranger" either in prison or when he got out of prison.

(99)   On November 17, 1998, an unindicted co-conspirator told defendant MAX TORVISCO, aka "MONO" that he had assaulted Elvis Ponce DeLeon, aka "Little Man" from Burlington.

(100)   On November 18, 1998, defendant MAX TORVISCO, aka "MONO" told defendant D. MARIANO MARTINEZ, aka "CHUY" that the assault on Elvis Ponce DeLeon, aka "Little Man" from Burlington was accomplished within hours of his having ordered it.

(101)   On November 18, 1998, defendant MAX TORVISCO, aka "MONO" informed defendant JESUS RAMIREZ, aka JUAN CARLOS ALVAREZ, aka "DREAMER" that defendants TORVISCO and JESUS ROCHIN, aka

34

"GIZMO" would speak with defendant D. MARIANO MARTINEZ, aka "CHUY" and two other members of the Mexican Mafia about defendant RAMIREZ assuming control over the Mexican Mafia's criminal activities in a certain section of the Los Angeles County Jail.

(102)  On November 18, 1998, defendant JESUS ROCHIN, aka "GIZMO" told defendant MAX TORVISCO, aka "MONO" that Ivan Morales, aka "Stranger 2-1-3" had moved into the gang module and that they had assaulted him already.

(103)  On November 19, 1998, defendant D. MARIANO MARTINEZ, aka "CHUY" told defendant MAX TORVISCO, aka "MONO" that an unindicted co-conspirator was following Richard Serrano, and asked defendant TORVISCO if he had a crew available to assist.

(104)  On November 19, 1998, defendant MAX TORVISCO, aka "MONO" told defendant MARCEL AREVALO, aka "PSYCHO" to get people together because they had found Richard Serrano.

(105)  On November 19, 1998, defendants D. MARIANO MARTINEZ, aka "CHUY," and MAX TORVISCO, aka "MONO" sent individuals including defendants ROBERT MERCADO, JR., aka "GATO," and MARCEL AREVALO, aka "PSYCHO" to murder Richard Serrano.

(106)  On November 19, 1998, a member of the conspiracy murdered Richard Serrano.

(107)  On November 19, 1998, a member of the conspiracy murdered Jose Martin Gutierrez.

(108)  On November 19, 1998, a member of the conspiracy murdered Enrique Delgadillo.

(109)  On November 19, 1998, a member of the conspiracy attempted to murder Mark Knutson.

(110)   On November 19, 1998, a member of the conspiracy attempted to murder Ron Moreno.

(111)   On November 20, 1998, defendant MAX TORVISCO, aka "MONO" stated that he controlled the Los Angeles County Jail and Wayside.

(112)   On November 20, 1998, defendant MAX TORVISCO, aka "MONO" stated that defendant JIMMY SANCHEZ, aka "SMOKEY" had agreed to murder John Turscak, aka "Stranger."

(113)   On November 27, 1998, defendant D. MARIANO MARTINEZ, aka "CHUY" told defendant MAX TORVISCO, aka "MONO" that he needed some guns and defendant TORVISCO said that defendant MARCEL AREVALO, aka "PSYCHO" had just used one of his.

(114)   On November 29, 1998, defendant D. MARIANO MARTINEZ, aka "CHUY" told a drug dealer that he had sent defendants DANIEL BRAVO, aka "SPORTY" and ROBERT MERCADO, JR., aka "GATO" to talk to him and that defendant MARTINEZ would be collecting taxes from him.

(115)   On November 30, 1998, defendant JESUS ROCHIN, aka "GIZMO" told defendant D. MARIANO MARTINEZ, aka "CHUY" that he had told everyone in prison that Ivan Morales, aka "Stranger 2-1-3" was to be killed.

(116)   On December 1, 1998, defendant D. MARIANO MARTINEZ, aka "CHUY" threatened James Lopez, aka "Bouncer."

(117)   On December 1, 1998, defendant D. MARIANO MARTINEZ, aka "CHUY" told an unindicted co-conspirator that James Lopez, aka "Bouncer" "was through" and that "that" came from him, defendant FRANK FERNANDEZ, aka "SAPO" and others.

(118)   On December 1, 1998, defendant D. MARIANO MARTINEZ, aka "CHUY" told an unindicted co-conspirator that they were going to "hit" James Lopez, aka "Bouncer."

(119)   On December 3, 1998, defendant MAX TORVISCO, aka "MONO" told an unindicted co-conspirator that Ivan Morales, aka "Stranger 2-1-3," was "not worth anything."

(120)   On December 8, 1998, defendant MAX TORVISCO, aka "MONO" told an unindicted co-conspirator that the "troops are getting ready" and defendant D. MARIANO MARTINEZ, aka "CHUY" was getting his people ready to murder Jesse Detevis, aka "Shady."

(121)   On December 8, 1998, defendant MAX TORVISCO, aka "MONO" told defendant MARCEL AREVALO, aka "PSYCHO" that he needed his assistance to murder Jesse Detevis, aka "Shady" and AREVALO said he would have his homeboys get ready.

(122)   On December 8, 1998, defendants MAX TORVISCO, aka "MONO" and D. MARIANO MARTINEZ, aka "CHUY" discussed the fact that Alex Kizu, aka "Angel" had been arrested, and defendant TORVISCO said he would "start working on that."

(123)   On December 8, 1998, defendant MAX TORVISCO, aka "MONO" told an unindicted co-conspirator to send a "wila" to an incarcerated member of the Mexican Mafia about Alex Kizu, aka "Angel" being in prison and to tell that member of the Mexican Mafia that the wila was from defendants TORVISCO, D. MARIANO MARTINEZ, aka "CHUY," FRANK FERNANDEZ, aka "SAPO" and JUAN GARCIA, aka "TOPO."

(124)   On December 9, 1998, defendant MAX TORVISCO, aka "MONO" told an unindicted co-conspirator that Alex Kizu, aka

"Angel," was the "priority" and that he wanted to "concentrate everybody on Angel."

(125)  On December 9, 1998, defendants D. MARIANO MARTINEZ, aka "CHUY" and FRANK FERNANDEZ, aka "SAPO" discussed plans to murder James Lopez, aka "Bouncer."

(126)  On December 10, 1998, defendants D. MARIANO MARTINEZ, aka "CHUY" and MAX TORVISCO, aka "MONO" discussed plans to murder Alex Kizu, aka "Angel."

(127)  On December 17, 1998, defendant D. MARIANO MARTINEZ, aka "CHUY" told defendant MAX TORVISCO, aka "MONO" that they should go forward with plans to murder John Turscak, aka "Stranger" and Jesse Detevis, aka "Shady."

(128)  On December 17, 1998, defendant FRANK FERNANDEZ, aka "SAPO" told defendant D. MARIANO MARTINEZ, aka "CHUY" that he would murder John Turscak, aka "Stranger," and defendant MARTINEZ said that defendant MAX TORVISCO, aka "MONO" was working on plans to murder Turscak.

All in violation of Title 18, United States Code, Section 1962(d).

COUNT THREE

[21 U.S.C. § 846]

OBJECT OF THE CONSPIRACY

48.    Beginning on a date unknown to the Grand Jury and continuing until January 1999, within the Central District of California and elsewhere, defendants FRANK FERNANDEZ, aka "SAPO"; JUAN GARCIA, aka "TOPO"; D. MARIANO MARTINEZ, aka "CHUY"; JIMMY SANCHEZ, aka "SMOKEY"; MAX TORVISCO, aka "MONO"; MARCEL AREVALO, aka "PSYCHO"; DANIEL BRAVO, aka "SPORTY"; ROBERT CERVANTES, aka "GYPSY"; ROY GAVALDON, aka "SPIDER"; DAVID GONZALEZ-CONTRERAS, aka DAVID CONTRERAS-GONZALEZ; ROBERT MERCADO, JR., aka "GATO," ERNESTO MURILLO, aka "SOLO," JESUS ROCHIN, aka "GIZMO," and others, knowingly and willfully conspired and agreed with each other to commit an offense against the United States, namely, distributing, and aiding and abetting the distribution of, controlled substances, including cocaine, heroin and methamphetamine, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18 United States Code, Section 2.

MEANS OF THE CONSPIRACY

49.    The objects of the conspiracy were to be accomplished in substance as follows:

1.    Defendants and unindicted co-conspirators would identify narcotics traffickers and street gangs trafficking in narcotics in various neighborhoods in the greater Los Angeles area.

2.    Defendants and unindicted co-conspirators would advise the narcotics traffickers and street gangs that they were to pay the defendants a "contribution" or "tax."

39

3.    Defendants and unindicted co-conspirators would advise the narcotics traffickers and street gangs that they were required to pay the taxes in order to continue their narcotics trafficking activities free of interference from the Mexican Mafia.

4.    Defendants and unindicted co-conspirators would further advise the narcotics traffickers and street gangs that they would receive the Mexican Mafia's protection if they paid the taxes and that failure to pay the taxes would result in retribution, both on the streets and in penal institutions, by the Mexican Mafia.

5.    At regular intervals, defendants and/or their co-conspirators would collect the taxes from the narcotics traffickers and street gangs.

6.    Defendants and other unindicted members of the Mexican Mafia would divide up the greater Los Angeles area into territories.  Certain members of the Mexican Mafia would then control certain narcotics traffickers and street gangs in each territory.

7.    The taxes collected from the narcotics traffickers and street gangs would be distributed to members of the Mexican Mafia.

8.    Through the collection of taxes, defendants would be able to control significant amounts of narcotics trafficking, and encouraged the narcotics trafficking activities of individuals and street gangs in their areas of control who paid Mexican Mafia taxes.

9.    Defendants and unindicted co-conspirators would also distribute controlled substances, including cocaine, heroin and methamphetamine.

10.    Defendants and unindicted co-conspirators would also arrange for others to distribute controlled substances, including cocaine, heroin and methamphetamine.

11.    The proceeds from the distribution of controlled substances would be distributed to Mexican Mafia members.

OVERT ACTS

50.    In furtherance of the conspiracy and to accomplish the object of the conspiracy, the defendants and their co-conspirators committed the following overt acts, among others, all of which occurred in Los Angeles County, within the Central District of California, unless otherwise specified, on or about the dates set forth below:

(1)    On May 16, 1998, defendant MAX TORVISCO, aka "MONO" stated that he would help arrange a meeting which would include defendant FRANK FERNANDEZ, aka "SAPO," to discuss collection of Mexican Mafia taxes.

(2)    On June 26, 1998, defendant ERNESTO MURILLO, aka "SOLO" stated that defendant MAX TORVISCO, aka "MONO" placed him in charge of coordinating Mexican Mafia activities in a portion of a penal institution.

(3)    On June 27, 1998, defendant ROY GAVALDON, aka "SPIDER" stated that he had someone to sell heroin for him.

(4)    On July 5, 1998, defendant MAX TORVISCO, aka "MONO" stated that the Eighth Street gang was to be taken off the Mexican

Mafia hit list because it had given a member of the Mexican Mafia what he wanted.

(5)  On July 10, 1998, defendant ROY GAVALDON, aka "SPIDER" told an individual that the cocaine the individual had provided was not selling well so defendant GAVALDON turned it into crack cocaine.

(6)  On July 13, 1998, defendant ROY GAVALDON, aka "SPIDER" stated that an individual would be collecting approximately $2,000 in Mexican Mafia taxes on his behalf in the Paramount area.

(7)  On July 13, 1998, defendant ROY GAVALDON, aka "SPIDER" discussed meeting with a member of the Mexican Mafia to discuss who was collecting Mexican Mafia taxes in the Long Beach area.

(8)  On August 19, 1998, defendant FRANK FERNANDEZ, aka "SAPO" told an unindicted co-conspirator that defendant D. MARIANO MARTINEZ, aka "CHUY" might be able to find a drug supplier for defendant DAVID GONZALEZ-CONTRERAS, aka DAVID CONTRERAS-GONZALEZ.

(9)  On August 20, 1998, defendant FRANK FERNANDEZ, aka "SAPO" told an unindicted co-conspirator that two individuals were shaking down drug dealers and using the names of members of the Mexican Mafia without authorization and that they were profiting when defendant FERNANDEZ should be profiting.

(10) On August 21, 1998, defendant FRANK FERNANDEZ, aka "SAPO" instructed a deceased co-conspirator to confront individuals who had been interfering with the drug trafficking activities of an individual who had been paying Mexican Mafia taxes.

(11)   On or about August 22, 1998, defendant DAVID GONZALEZ-CONTRERAS, aka DAVID CONTRERAS-GONZALEZ collected $300 in Mexican Mafia taxes from the Blythe Street gang.

(12)   On August 23, 1998, defendant FRANK FERNANDEZ, aka "SAPO" told defendant ROBERT CERVANTES, aka "GYPSY" that he wanted to get a hold of some methamphetamine and that defendant MAX TORVISCO, aka "MONO" was dealing in cocaine.

(13) On August 24, 1998, defendant FRANK FERNANDEZ, aka "SAPO" informed a now deceased co-conspirator that he was attempting to obtain methamphetamine for defendant DAVID GONZALEZ-CONTRERAS, aka DAVID CONTRERAS-GONZALEZ.

(14) On August 24, 1998, defendant FRANK FERNANDEZ, aka "SAPO" authorized a now deceased co-conspirator to threaten members of the Langdon Street gang to force the gang to pay Mexican Mafia taxes.

(15) On August 28, 1998, defendant FRANK FERNANDEZ, aka "SAPO" informed defendant DAVID GONZALEZ-CONTRERAS, aka DAVID CONTRERAS-GONZALEZ that the Mexican Mafia would "take care of" an unidentified drug dealer in exchange for the payment of Mexican Mafia taxes.

(16) On August 29, 1998, defendant FRANK FERNANDEZ, aka "SAPO" informed a Blythe Street gang member that the green light on the gang would be removed because they had paid the Mexican Mafia taxes.

(17)   On September 1, 1998, defendant FRANK FERNANDEZ, aka "SAPO" informed a now deceased co-conspirator that he was placing a green light on the Pacoima Project Boyz gang because the gang refused to pay the Mexican Mafia taxes.

(18) On September 1, 1998, defendant FRANK FERNANDEZ, aka "SAPO," through an inmate at the Los Angeles County Jail, communicated to Mexican Mafia associates in the Jail that a green light had been placed on the Pacoima Project Boyz gang.

(19) On September 2, 1998, a deceased co-conspirator told defendant FRANK FERNANDEZ, aka "SAPO" that he had informed members of the Trece, Criminals, Southside, and San Fers gangs that a green light had been placed on the Pacoima Project Boyz gang.

(20) On September 7, 1998, defendant FRANK FERNANDEZ, aka "SAPO" asked defendant D. MARIANO MARTINEZ, aka "CHUY" if he could obtain drugs for him.

(21) On September 7, 1998, defendant FRANK FERNANDEZ, aka "SAPO" told defendant DAVID GONZALEZ-CONTRERAS, aka DAVID CONTRERAS-GONZALEZ to use his name while collecting Mexican Mafia taxes.

(22) On September 16, 1998, defendant D. MARIANO MARTINEZ, aka "CHUY" offered to assist defendant FRANK FERNANDEZ, aka "SAPO" with the collection of Mexican Mafia taxes from San Fernando Valley gangs.

(23) On September 21, 1998, defendants FRANK FERNANDEZ, aka "SAPO" and ROBERT CERVANTES, aka "GYPSY" discussed plans to possess, and to distribute, methamphetamine.

(24) On September 21, 1998, defendant FRANK FERNANDEZ, aka "SAPO" told defendant ROBERT CERVANTES, aka "GYPSY" that if members of the Orange Street gang provided drugs, on consignment, to defendant FERNANDEZ, the gang could turn to defendant FERNANDEZ when they needed assistance.

44

(25)   On September 24, 1998, defendants FRANK FERNANDEZ, aka "SAPO" and ROBERT CERVANTES, aka "GYPSY" discussed methamphetamine distribution.

(26)   On September 25, 1998, defendant FRANK FERNANDEZ, aka "SAPO" told an unindicted co-conspirator to assault an individual who was selling drugs where he was not supposed to.

(27) On October 1, 1998, defendant FRANK FERNANDEZ, aka "SAPO" informed a deceased co-conspirator that he would seek defendant D. MARIANO MARTINEZ, aka "CHUY"'s assistance in collecting the Mexican Mafia taxes from the Reseda gang.

(28) On or about October 10, 1998, defendant DAVID GONZALEZ-CONTRERAS, aka DAVID CONTRERAS-GONZALEZ instructed Blythe Street gang members to attack members of the Pacoima Project Boyz gang.

(29)   On or about October 13, 1998, defendants FRANK FERNANDEZ, aka "SAPO" and DAVID GONZALEZ-CONTRERAS, aka DAVID CONTRERAS-GONZALEZ beat a drug dealer who refused to front defendant FERNANDEZ one pound of methamphetamine.

(30)   On October 14, 1998, an unindicted co-conspirator told defendant FRANK FERNANDEZ, aka "SAPO" that he should force all neighborhoods to buy drugs from defendant DAVID GONZALEZ-CONTRERAS, aka DAVID CONTRERAS-GONZALEZ and take a cut of the profits.

(31) On October 18, 1998, defendants FRANK FERNANDEZ, aka "SAPO," D. MARIANO MARTINEZ, aka "CHUY" and MAX TORVISCO, aka "MONO" met with representatives of several San Fernando Valley street gangs to discuss the payment of taxes to the Mexican Mafia,

45

and the enforcement of the green light on the Pacoima Project Boyz gang.

(32) On October 23, 1998, defendant D. MARIANO MARTINEZ, aka "CHUY" and an unindicted co-conspirator discussed plans to possess, and to distribute, drugs.

(33) On October 24, 1998, defendant DANIEL BRAVO, aka "SPORTY" informed defendant D. MARIANO MARTINEZ, aka "CHUY" that he had obtained drugs, which were intended to be resold, from an unindicted co-conspirator.

(34) On October 26, 1998, defendants D. MARIANO MARTINEZ, aka "CHUY" and DANIEL BRAVO, aka "SPORTY" discussed the status of their methamphetamine sales.

(35) On or about October 27, 1998, defendant ROBERT MERCADO, JR., aka "GATO" collected the Mexican Mafia taxes from the Lott and Clarence Street gangs.

(36) On October 31, 1998, defendants D. MARIANO MARTINEZ, aka "CHUY" and ROY GAVALDON, aka "SPIDER" discussed problems defendant GAVALDON was experiencing in collecting Mexican Mafia taxes from the Pico Nuevo gang.

(37) On October 31, 1998, defendant D. MARIANO MARTINEZ, aka "CHUY" informed defendant ROY GAVALDON, aka "SPIDER" that if defendant GAVALDON denied the Pico Nuevo gang the ability to conduct their drug trafficking activities, the gang would begin to cooperate with Mexican Mafia demands.

(38) On November 3, 1998, defendants D. MARIANO MARTINEZ, aka "CHUY" and ROY GAVALDON, aka "SPIDER" discussed the status of Mexican Mafia tax collections.

(39)   On November 3, 1998, defendants D. MARIANO MARTINEZ, aka "CHUY" and ROBERT MERCADO, JR., aka "GATO" discussed the status of Mexican Mafia tax collections.

(40) On November 3, 1998, defendant D. MARIANO MARTINEZ, aka "CHUY" informed defendant JESUS ROCHIN, aka "GIZMO" that he would be assisting defendant ROY GAVALDON, aka "SPIDER" in collecting Mexican Mafia taxes from Southeast Los Angeles gangs.

(41) On November 4, 1998, defendant D. MARIANO MARTINEZ, aka "CHUY" explained to James Lopez, aka "Bouncer," a member of the San Fers gang, that drug dealers pay the Mexican Mafia taxes to avoid being assaulted, and that the money obtained from the collection of the taxes is distributed to many Mexican Mafia members.

(42) On or about November 4, 1998, defendant ROBERT MERCADO, JR., aka "GATO" collected the Mexican Mafia taxes from the Indiana Street gang.

(43) On November 7, 1998, defendant D. MARIANO MARTINEZ, aka "CHUY" told defendant ROBERT MERCADO, JR., aka "GATO" that he should begin collecting Mexican Mafia taxes from certain individuals who had begun selling cocaine.

(44) On November 8, 1998, an unindicted co-conspirator informed defendant MAX TORVISCO, aka "MONO" that he had collected $900 in Mexican Mafia taxes.

(45) On November 10, 1998, defendant FRANK FERNANDEZ, aka "SAPO" told an unindicted co-conspirator that he should tell a drug dealer that the drug dealer should work for defendant FERNANDEZ, and that defendant FERNANDEZ could make him a lot of money and was offering him protection.

(46) On November 12, 1998, an unindicted co-conspirator informed defendant MAX TORVISCO, aka "MONO" that he had collected the Mexican Mafia taxes from the Eighth Street and Rose Street gangs.

(47) On November 13, 1998, defendants FRANK FERNANDEZ, aka "SAPO" and DAVID GONZALEZ-CONTRERAS, aka DAVID CONTRERAS-GONZALEZ discussed collection of Mexican Mafia taxes and defendant FERNANDEZ said to use his name when collecting.

(48) On November 15, 1998, a deceased co-conspirator informed defendant FRANK FERNANDEZ, aka "SAPO" that he had collected $400 in Mexican Mafia taxes, and expected to collect an additional $150 in Mexican Mafia taxes from the Bryan Street gang.

(49) On November 15, 1998, defendant MAX TORVISCO, aka "MONO" informed defendant D. MARIANO MARTINEZ, aka "CHUY" that a drug dealer had refused defendant JIMMY SANCHEZ, aka "SMOKEY"'s demand that he pay more taxes and defendant MARTINEZ said that if that was the case they would "close him down, all the way down, where he can't do nothing" (prevent the drug dealer from selling drugs).

(50) On November 15, 1998, defendants MAX TORVISCO, aka "MONO" and JESUS ROCHIN, aka "GIZMO" discussed the individuals and street gangs on the Mexican Mafia's hit list.

(51) On November 17, 1998, defendant D. MARIANO MARTINEZ, aka "CHUY" told defendant MAX TORVISCO, aka "MONO" that he should "close down" a drug dealer who refused to pay more taxes to defendant JIMMY SANCHEZ, aka "SMOKEY".

(52) On November 19, 1998, defendant MAX TORVISCO, aka "MONO" told an unindicted co-conspirator to collect taxes in the

form of guns from John Doe, aka "Danger" who was selling drugs and not paying anyone.

(53) On November 24, 1998, defendants MAX TORVISCO, aka "MONO" and MARCEL AREVALO, aka "PSYCHO" discussed the delivery of drugs to them by an unindicted co-conspirator.

(54) On November 25, 1998, defendant D. MARIANO MARTINEZ, aka "CHUY" asked defendant DAVID GONZALEZ-CONTRERAS, aka DAVID CONTRERAS-GONZALEZ if he knew of a location where they could manufacture methamphetamine.

(55) On November 25, 1998, defendant MAX TORVISCO, aka "MONO" instructed an unindicted co-conspirator to deliver drugs to defendant MARCEL AREVALO, aka "PSYCHO."

(56) On November 27, 1998, defendants D. MARIANO MARTINEZ, aka "CHUY" and DANIEL BRAVO, aka "SPORTY" discussed collection of Mexican Mafia taxes.

(57) On November 30, 1998, defendants D. MARIANO MARTINEZ, aka "CHUY" and DANIEL BRAVO, aka "SPORTY" discussed collection of Mexican Mafia taxes.

(58) On November 30, 1998, defendant D. MARIANO MARTINEZ, aka "CHUY" told a drug dealer that if he wanted to quit selling drugs he could, but if defendant MARTINEZ learned he was selling drugs without paying taxes he would "take him down."

(59) On December 2, 1998, an unindicted co-conspirator offered to pay defendant MAX TORVISCO, aka "MONO" to put a green light on an individual who had stolen drugs from him and defendant TORVISCO said he would discuss it with defendant D. MARIANO MARTINEZ, aka "CHUY."

(60) On December 9, 1998, defendants D. MARIANO MARTINEZ, aka "CHUY" and JUAN GARCIA, aka "TOPO" discussed narcotics trafficking.

## COUNT FOUR

### [21 U.S.C. § 846]

### OBJECT OF THE CONSPIRACY

51.  Beginning on a date unknown to the Grand Jury and continuing until January 1999, within the Central District of California and elsewhere, defendants FRANK FERNANDEZ, aka "SAPO"; D. MARIANO MARTINEZ, aka "CHUY"; JIMMY SANCHEZ, aka "SMOKEY"; MAX TORVISCO, aka "MONO"; MARCEL AREVALO, aka "PSYCHO"; ROBERT CERVANTES, aka "GYPSY"; ERNESTO MURILLO, aka "SOLO"; ROLLAND RAMIREZ, aka "CAPONE"; JESUS ROCHIN, aka "GIZMO," and others, knowingly and willfully conspired and agreed with each other to commit an offense against the United States, namely, distributing, and aiding and abetting the distribution of, controlled substances, including cocaine, heroin and methamphetamine, within the Los Angeles County Jail and elsewhere in the California penal system, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

### MEANS OF THE CONSPIRACY

52.  The object of the conspiracy was to be accomplished in substance as follows:

1.  Defendants and unindicted co-conspirators would coordinate the introduction of narcotics into the Los Angeles County Jail and other California penal facilities.

2.  Unindicted co-conspirators would send one-third of all the narcotics which entered the Los Angeles County Jail or other penal facility to the Mexican Mafia members in the facility.

3.  Unindicted co-conspirators would sell the remaining two-thirds of the narcotics to inmates in the penal facility.

51

4.   Unindicted co-conspirators would send a portion of the profits from the sale of the narcotics in penal facilities to defendants and to other Mexican Mafia members.

OVERT ACTS

53.   In furtherance of the conspiracy and to accomplish the object of the conspiracy, the defendants and their co-conspirators committed the following overt acts, among others, in Los Angeles County, within the Central District of California, unless otherwise specified, on or about the dates set forth herein:

(1)   On March 27, 1998, an unindicted co-conspirator informed an inmate in Los Angeles County Jail to send a portion of any drugs introduced into the Jail to defendant JIMMY SANCHEZ, aka "SMOKEY" who was in the Jail.

(2)   On September 21, 1998, defendant ROBERT CERVANTES, aka "GYPSY" informed defendant FRANK FERNANDEZ, aka "SAPO" that he was attempting to locate a female who could bring drugs into the Los Angeles County Jail.

(3)   On September 24, 1998, defendant ROBERT CERVANTES, aka "GYPSY" informed defendant FRANK FERNANDEZ, aka "SAPO" that heroin was being sent into the Los Angeles County Jail, and that defendant FERNANDEZ would receive a portion of the proceeds from its sale.

(4)   On October 2, 1998, defendant ROBERT CERVANTES, aka "GYPSY" informed defendant FRANK FERNANDEZ, aka "SAPO" that defendant ROLLAND RAMIREZ, aka "CAPONE," had arranged, with the approval of a member of the Mexican Mafia, to bring drugs into the Los Angeles County Jail.

52

(5)  On October 11, 1998, defendant ROBERT CERVANTES, aka "GYPSY" agreed to send defendant FRANK FERNANDEZ, aka "SAPO" profits from the sale of drugs in the Los Angeles County Jail.

(6)  On October 19, 1998, defendant JESUS ROCHIN, aka "GIZMO" informed defendant D. MARIANO MARTINEZ, aka "CHUY" that it was becoming more difficult to bring drugs into the Los Angeles County Jail.

(7)  On October 19, 1998, defendant ROBERT CERVANTES, aka "GYPSY" informed defendant D. MARIANO MARTINEZ, aka "CHUY" that a member of the Mexican Mafia had authorized defendant CERVANTES to sell drugs in the Los Angeles County Jail.

(8)  On October 20, 1998, defendant ROBERT CERVANTES, aka "GYPSY" informed defendant FRANK FERNANDEZ, aka "SAPO" that he wanted to be in charge of the drugs coming into the Los Angeles County Jail.

(9)  On November 7, 1998, defendant JESUS ROCHIN, aka "GIZMO" told defendant D. MARIANO MARTINEZ, aka "CHUY" that drugs were on the way to him in prison.

(10) On November 7, 1998, defendant MAX TORVISCO, aka "MONO" instructed an unindicted co-conspirator in the Los Angeles County Jail to distribute one-third of the narcotics brought into the Jail to the Mexican Mafia members in the Jail.

(11) On November 9, 1998, defendant JESUS ROCHIN, aka "GIZMO" told defendant D. MARIANO MARTINEZ, aka "CHUY" that certain drugs had not reached their destination in prison and that defendant JIMMY SANCHEZ, aka "SMOKEY" was angry about that fact.

(12) On November 10, 1998, defendant FRANK FERNANDEZ, aka "SAPO" informed an unindicted co-conspirator that he wanted to

53

send drugs to defendant ROBERT CERVANTES, aka "GYPSY" and another Mexican Mafia associate in prison so that the drugs would be sold for profit.

(13) On November 17, 1998, defendant ERNESTO MURILLO, aka "SOLO" told defendant MAX TORVISCO, aka "MONO" that he wanted some drugs sent to him in the Los Angeles County Jail, and defendant TORVISCO said that defendant MURILLO should speak to defendant D. MARIANO MARTINEZ, aka "CHUY" because "that's all CHUY right there in the gang module."

(14) On December 4, 1998, defendant MAX TORVISCO, aka "MONO" and an unindicted co-conspirator discussed the delivery of drugs into a penal facility.

(15) On December 5, 1998, defendants MAX TORVISCO, aka "MONO" and MARCEL AREVALO, aka "PSYCHO" discussed the delivery of drugs into a penal facility through the kitchen.

(16) On December 9, 1998, defendants MAX TORVISCO, aka "MONO" and MARCEL AREVALO, aka "PSYCHO" discussed the delivery of drugs into a penal facility.

COUNTS FIVE THROUGH TWENTY-TWO

[18 U.S.C. § 1959(a)]

54.   At all times relevant to this Indictment, the Mexican Mafia, as described more particularly in paragraphs One through Fourteen of the Introductory Allegations of this Indictment, which paragraphs are incorporated and realleged herein as if set forth in full, has constituted an enterprise as that term is defined in Title 18, United States Code, Section 1959(b)(2), that is, an association in fact of individuals which is engaged in, and the activities of which affect, interstate and foreign commerce.

55.   At all times relevant to this Indictment, the Mexican Mafia, through its members and associates, has been engaged in racketeering activity, as defined in Title 18, United States Code, Sections 1959(b)(1) and 1961(1), including, among other things, murder, attempted murder, conspiracy to commit murder, robbery, extortion, and narcotics trafficking for monetary gain.

56.   On or about the dates specified below in Counts 5 to 22, the defendants specified below committed the offenses specified below, each such offense having been committed for the purpose of maintaining and increasing the position of the specified defendants in the Mexican Mafia, an enterprise engaged in racketeering activity, in violation of Title 18, United States Code, Sections 1959(a):

COUNT FIVE

57.   Beginning on a date unknown to the Grand Jury, and continuing until November 19, 1998, in Los Angeles County, and elsewhere within the Central District of California, defendants D.

MARIANO MARTINEZ, aka "CHUY"; MAX TORVISCO, aka "MONO"; MARCEL AREVALO, aka "PSYCHO"; and ROBERT MERCADO, aka "GATO," did aid, abet, counsel, induce, procure, cause and otherwise willfully participate in the murder of Richard Serrano, in violation of California Penal Code Sections 31 and 187, in violation of 18 U.S.C. § 1959(a)(1).

COUNT SIX

58. Beginning on a date unknown to the Grand Jury, and continuing until November 19, 1998, in Los Angeles County, and elsewhere within the Central District of California, defendants D. MARIANO MARTINEZ, aka "CHUY"; MAX TORVISCO, aka "MONO"; MARCEL AREVALO, aka "PSYCHO"; and ROBERT MERCADO, aka "GATO," did aid, abet, counsel, induce, procure, cause and otherwise willfully participate in the murder of Jose Martin Gutierrez, in violation of California Penal Code Sections 31 and 187, in violation of 18 U.S.C. § 1959(a)(1).

COUNT SEVEN

59. Beginning on a date unknown to the Grand Jury, and continuing until November 19, 1998, in Los Angeles County, and elsewhere within the Central District of California, defendants D. MARIANO MARTINEZ, aka "CHUY"; MAX TORVISCO, aka "MONO"; MARCEL AREVALO, aka "PSYCHO"; and ROBERT MERCADO, aka "GATO," did aid, abet, counsel, induce, procure, cause and otherwise willfully participate in the murder of Enrique Delgadillo, in violation of California Penal Code Sections 31 and 187, in violation of 18 U.S.C. § 1959(a)(1).

COUNT EIGHT

60.  Beginning on a date unknown to the Grand Jury, and continuing until November 19, 1998, in Los Angeles County, and elsewhere within the Central District of California, defendants D. MARIANO MARTINEZ, aka "CHUY"; MAX TORVISCO, aka "MONO"; MARCEL AREVALO, aka "PSYCHO"; and ROBERT MERCADO, aka "GATO," did aid, abet, counsel, induce, procure, cause and otherwise willfully participate in the assault with a dangerous weapon on Mark Knutson, in violation of California Penal Code Sections 31 and 245(a)(2), in violation of 18 U.S.C. § 1959(a)(3).

COUNT NINE

61.  Beginning on a date unknown to the Grand Jury, and continuing until November 19, 1998, in Los Angeles County, and elsewhere within the Central District of California, defendants D. MARIANO MARTINEZ, aka "CHUY"; MAX TORVISCO, aka "MONO"; MARCEL AREVALO, aka "PSYCHO"; and ROBERT MERCADO, aka "GATO," did aid, abet, counsel, induce, procure, cause and otherwise willfully participate in the assault with a dangerous weapon on Ron Moreno, in violation of California Penal Code Sections 31 and 245(a)(2), in violation of 18 U.S.C. § 1959(a)(1).

COUNT TEN

62.  Beginning on a date unknown to the Grand Jury, and continuing at least until November 1998, in Los Angeles County, within the Central District of California, defendants D. MARIANO MARTINEZ, aka "CHUY"; MAX TORVISCO, aka "MONO"; ROBERT CERVANTES, aka "GYPSY" conspired to murder Steven Dominguez, aka "Smokey," in

violation of California Penal Code Sections 182 and 187, in violation of 18 U.S.C. § 1959(a)(5).

COUNT ELEVEN

63. Beginning on a date unknown to the Grand Jury, and continuing until November 18, 1998, in Los Angeles County, within the Central District of California, defendants MAX TORVISCO, aka "MONO"; ERNESTO MURILLO, aka "SOLO"; JESUS ROCHIN, aka "GIZMO," did aid, abet, counsel, induce, procure, cause and otherwise willfully participate in the assault with a dangerous weapon on Ivan Morales, aka "Stranger 2-1-3," in violation of California Penal Code Sections 31 and 245(a)(1), in violation of 18 U.S.C. § 1959(a)(3).

COUNT TWELVE

64. Beginning on a date unknown to the Grand Jury, and continuing until October 28, 1998, in Los Angeles County, within the Central District of California, defendant ERNESTO MURILLO, aka "SOLO," did aid, abet, counsel, induce, procure, cause and otherwise willfully participate in the assault with a dangerous weapon on Richard Castillo, aka "Bad Boy," in violation of California Penal Code Sections 31 and 245(a)(1), in violation of 18 U.S.C. § 1959(a)(3).

COUNT THIRTEEN

65. Beginning on a date unknown to the Grand Jury, and continuing at least until November 1998, in the Central District of California and elsewhere, defendants D. MARIANO MARTINEZ, aka

58

"CHUY"; MAX TORVISCO, aka "MONO"; ERNESTO MURILLO, aka "SOLO"; JESUS RAMIREZ, aka JUAN CARLOS ALVAREZ, aka "DREAMER," conspired to murder Ricardo Estrada, aka "Joker," and a co-conspirator committed an overt act in furtherance of the conspiracy, in violation of California Penal Code Sections 182 and 187, in violation of 18 U.S.C. § 1959(a)(5).

COUNT FOURTEEN

66.   Beginning on a date unknown to the Grand Jury, and continuing until January 1999, in the Central District of California and elsewhere, defendants FRANK FERNANDEZ, aka "SAPO"; JUAN GARCIA, aka "TOPO"; D. MARIANO MARTINEZ, aka "CHUY"; MAX TORVISCO, aka "MONO"; MARCEL AREVALO, aka "PSYCHO"; DANIEL BRAVO, aka "SPORTY"; ROBERT MERCADO, JR., aka "GATO"; JESUS ROCHIN, aka "GIZMO," conspired to murder Jesse Detevis, aka "Shady," and a co-conspirator committed an overt act in furtherance of the conspiracy, in violation of California Penal Code Sections 182 and 187, in violation of 18 U.S.C. § 1959(a)(5).

COUNT FIFTEEN

67.   Beginning on a date unknown to the Grand Jury, and continuing until January 1999, in the Central District of California and elsewhere, defendants FRANK FERNANDEZ, aka "SAPO"; D. MARIANO MARTINEZ, aka "CHUY"; JAMES SANCHEZ, aka "SMOKEY"; MAX TORVISCO, aka "MONO," conspired to murder John Turscak, aka "Stranger," and a co-conspirator committed an overt act in furtherance of the conspiracy, in violation of California Penal Code Sections 182 and 187, in violation of 18 U.S.C.

§ 1959(a)(5).

COUNT SIXTEEN

68.  Beginning on a date unknown to the Grand Jury, and continuing at least until December 1998, in the Central District of California and elsewhere, defendants D. MARIANO MARTINEZ, aka "CHUY"; MAX TORVISCO, aka "MONO"; ROBERT MERCADO, JR., aka "GATO"; JESUS ROCHIN, aka "GIZMO," conspired to murder Lorenzo Jeronimo Lopez, aka "Sharkey", and a co-conspirator committed an overt act in furtherance of the conspiracy, in violation of California Penal Code Sections 182 and 187, in violation of 18 U.S.C. § 1959(a)(5).

COUNT SEVENTEEN

69.  Beginning on a date unknown to the Grand Jury, and continuing at least until November 1998, in the Central District of California and elsewhere, defendants MAX TORVISCO, aka "MONO"; MARCEL AREVALO, aka "PSYCHO," conspired to murder John Doe, aka "Shorty," and a co-conspirator committed an overt act in furtherance of the conspiracy, in violation of California Penal Code Sections 182 and 187, in violation of 18 U.S.C. § 1959(a)(5).

COUNT EIGHTEEN

70.  Beginning on a date unknown to the Grand Jury, and continuing at least until November 1998, in the Central District of California and elsewhere, defendants FRANK FERNANDEZ, aka

"SAPO"; D. MARIANO MARTINEZ, aka "CHUY," conspired to murder John Doe, aka "Sparky," and a co-conspirator committed an overt act in furtherance of the conspiracy, in violation of California Penal Code Sections 182 and 187, in violation of 18 U.S.C. § 1959(a)(5).

                          COUNT NINETEEN

71.  Beginning on a date unknown to the Grand Jury, and continuing at least until December 1998, in the Central District of California and elsewhere, defendants D. MARIANO MARTINEZ, aka "CHUY"; and JIMMY SANCHEZ, aka "SMOKEY," conspired to murder Donald Ortiz, aka "Little Man," and a co-conspirator committed an overt act in furtherance of the conspiracy, in violation of California Penal Code Sections 182 and 187, in violation of 18 U.S.C. § 1959(a)(5).

                          COUNT TWENTY

72.  Beginning on a date unknown to the Grand Jury, and continuing at least until December 1998, in the Central District of California and elsewhere, defendants D. MARIANO MARTINEZ, aka "CHUY"; MAX TORVISCO, aka "MONO," conspired to murder Alex Kizu, aka "Angel," and a co-conspirator committed an overt act in furtherance of the conspiracy, in violation of California Penal Code Sections 182 and 187, in violation of 18 U.S.C. § 1959(a)(5).

COUNT TWENTY-ONE

73.   Beginning on a date unknown to the Grand Jury, and continuing at least until January 1999, in the Central District of California and elsewhere, defendants FRANK FERNANDEZ, aka "SAPO"; D. MARIANO MARTINEZ, aka "CHUY"; MAX TORVISCO, aka "MONO," conspired to murder James Lopez, aka "Bouncer," and a co-conspirator committed an overt act in furtherance of the conspiracy, in violation of California Penal Code Sections 182 and 187, in violation of 18 U.S.C. § 1959(a)(5).

COUNT TWENTY-TWO

74.   Beginning on a date unknown to the Grand Jury, and continuing at least until November 1998, in the Central District of California and elsewhere, defendants D. MARIANO MARTINEZ, aka "CHUY"; MAX TORVISCO, aka "MONO"; ERNESTO MURILLO, aka "SOLO"; JESUS RAMIREZ, aka JUAN CARLOS ALVAREZ, aka "DREAMER," conspired to assault with a dangerous weapon Elvis Ponce DeLeon, aka "Little Man", and a co-conspirator committed an overt act in furtherance of the conspiracy, in violation of California Penal Code Sections 182 and 245(a)(1), in violation of 18 U.S.C. § 1959(a)(6).

COUNTS TWENTY-THREE TO TWENTY-SEVEN

[18 U.S.C. 924(c)]

75.    On or about November 19, 1998, in Los Angeles County and elsewhere within the Central District of California, defendants D. MARIANO MARTINEZ, aka "CHUY"; MAX TORVISCO, aka "MONO"; MARCEL AREVALO, aka "PSYCHO"; and ROBERT MERCADO, aka "GATO", aiding and abetting each other, used and carried a firearm during and in relation to, and possessed a firearm in furtherance of, the crimes of violence specified below in Counts 23 to 27, and, in so doing, brandished and discharged said firearms, in violation of Title 18, United States Code Section 924(c).

| COUNT | CRIME OF VIOLENCE |
|---|---|
| 23 | Violent Crime in Aid of Racketeering (murder of Richard Serrano), in violation of 18 U.S.C. 1959(a), as charged in Count 5 |
| 24 | Violent Crime in Aid of Racketeering (murder of Jose Martin Gutierrez), in violation of 18 U.S.C. 1959(a), as charged in Count 6 |
| 25 | Violent Crime in Aid of Racketeering (murder of Enrique Delgadillo), in violation of 18 U.S.C. 1959(a), as charged in Count 7 |
| 26 | Violent Crime in Aid of Racketeering (assault with a dangerous weapon on Mark Knutson), in violation of 18 U.S.C. 1959(a), as charged in Count 8 |

| 27 | Violent Crime in Aid of Racketeering (assault with a dangerous weapon on Ron Moreno), in violation of 18 U.S.C. 1959(a), as charged in Count 9 |

COUNT TWENTY-EIGHT

[21 U.S.C. § 841(a)(1)]

76.  On or about November 7, 1997, in Los Angeles County, within the Central District of California, defendant MAX TORVISCO, aka "MONO," knowingly and intentionally distributed in excess of 50 grams, that is, approximately 243.3 grams, of a mixture or substance containing a detectable amount of cocaine base, a Schedule II narcotic drug controlled substance.

                              A TRUE BILL

                              _____
                              Foreperson

ALEJANDRO N. MAYORKAS
United States Attorney

GEORGE S. CARDONA
Assistant United States Attorney
Chief, Criminal Division


JOHN S. GORDON
Assistant United States Attorney
Chief, Narcotics Section