Walter R. Urban (SBN63059)
2609 North Sepulveda Blvd
Manhattan Beach, CA 90266
Phone: 310-546-4899
Fax: 310-545-7078

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN 2 0 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
|---|---|
| Plaintiff(s) | CR 99-83(A)-DOC |
| v. | AMENDED ORDER ON APPLICATION FOR WRIT OF HABEAS CORPUS |
| Rolondo Ontiveros | ☐ AD PROSEQUENDUM  ☑ AD TESTIFICANDUM |
| Defendant(s). | |

The Court hereby **ORDERS** the Application for Writ of Habeas Corpus submitted herewith be **GRANTED** and that a Writ of Habeas Corpus ☐ Ad Prosequendum ☑ Ad Testificandum be issued to secure the appearance of:

Name of Detainee: ____John Turscak____

Alias: _____

on ~~January 20, 2012~~ January 30, 2012 at **8:30 am** before Judge/Magistrate Judge __David Carter__

Dated: January 20, 2012

_____
U.S. District Judge/~~U.S. Magistrate Judge~~
DAVID O. CARTER