# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | |
|---|---|
| Case No. | CR 99-83(A) -DOC |
| Date | January 27, 2012 |

Present: The Honorable David O. Carter, U.S. District Judge

Interpreter None

| D. Beard for Julie Barrera | Jane Sutton | Robert Dugdale and Fred Slaughter |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Rolando Ontiveros | X | X | | Walter Urban | X | | X |

**Proceedings:** STATUS CONFERENCE

    John Turscak is called, sworn and questioned by Mr. Urban with the assistance of his counsel, Steven Cron. Defendant chooses to exercise his Fifth Amendment rights.

    In-camera and under seal proceedings are held by the Court with defendant and Mr. Urban present.

                                                  00 : 33

Initials of Deputy Clerk    db for jb